Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wooden chair seats similar in all material respects to those the subject of Abstract 59222, the claim of the plaintiff was sustained.

**No. 60102.**—Eurasia Corporation *v.* United States, protests 211882–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 60103.**—Frank Allaire, Inc., et al. *v.* United States, protests 218380–K (A) etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60104.**—Bonwit Teller, Inc., et al. *v.* United States, protests 285248–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed

upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60105.**—Bertrand Freres, Inc., et al. *v.* United States, protests 277305–K, etc. (New York)..

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 60106.**—Alex. Murphy & Co. *v.* United States, protest 236911–K (Philadelphia).

Opinion by MOLLISON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JULY 12, 1956

**No. 60107.**—National Sanitary Rag Co. *v.* United States, protests 578425–G, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60108.**—National Sanitary Rag Co. *v.* United States, protests 578431–G and 659504–G (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60109.**—National Sanitary Rag Co. *v.* United States, protests 646189–G, etc. (San Francisco).